# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| John Robert Demos, Jr.<br>*Petitioner*<br>v.<br>USA, President of the United States of America, Washington State Attorney General, Director of Immigration and Naturalization, Department of Homeland Security, US Secretary for the Department of the Interior, US Assistant Secretary for Public Land Management, Commissioner of Indian Affairs, Warden of Stafford Creek Correctional Center, Governor of the State of Washington, Superintendent of Stafford Creek<br>*Respondent* | Civil Action No.    8:10-cv-00892-HMH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* recover from the defendant *(name)* the amount of dollars ($ ), which includes prejudgment interest at the rate of %, plus post judgment interest at the rate %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

■ other:   IT IS ORDERED AND ADJUDGED that the petition for writ of habeas corpus is dismissed without prejudice and without service upon the Respondents.                                                                                                                                                                                                                                                              .

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

■ decided by Judge   Henry M. Herlong, Jr on the record.    on a motion for

Date:   May 18, 2010                                            *CLERK OF COURT*

                                                                s/Nora Chandler, Deputy Clerk

                                                                *Signature of Clerk or Deputy Clerk*